UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON MIGUEL LEE,

Plaintiff,

v.

Civil Action No. 4:26-CV-13445
Honorable F. Kay Behm
United States District Judge

JESSICA FRANCE BLANCH, et. al.,

Defendants,
_________________________________/

**JUDGMENT**

The above-entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on October 21, 2026.

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

Dated at Flint, Michigan, this 21st, day of October, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/Kourtney Collins
DEPUTY CLERK

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge